**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY, <br><br> Plaintiff, <br> vs. <br><br> SHERGILL INVESTMENTS, LLC, A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. <br><br> Defendants. | **STIPULATED MOTION TO DISMISS** <br><br> Case No. 2:18-CV-501-CW-EJF <br><br> Judge Clark Waddoups |

Plaintiff Pamela Whitney and Defendant Shergill Investments, LLC, by and through their undersigned counsel, hereby stipulate and jointly move the court for an order dismissing this matter, with prejudice, each party to bear their own attorney fees and costs. A proposed order is filed and served herewith.

**[SIGNATURES ON NEXT PAGE]**

1

STIPULATED the 3rd day of January, 2019.

                        FORD & CRANE PLLC

                        /s/ Matthew B. Crane
                        Matthew B. Crane
                        *Attorney for Plaintiff*

STIPULATED the 3rd day of January, 2019.

                        PRINCE, YEATES & GELDZAHLER

                        /s/ R. Jesse Davis
                        T. Richard Davis
                        R. Jesse Davis
                        *Attorneys for Defendant*
                        (Signed electronically with permission)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 3rd day of January, 2019, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS to be filed with the Court electronically via CM/ECF which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane