Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY, <br><br> Plaintiff, <br> vs. <br><br> SHERGILL INVESTMENTS, LLC, A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS** <br><br> Case No. 2:18-CV-501-CW-EJF <br><br> Judge Clark Waddoups |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss jointly filed by the parties on January 3, 2019 (the "Motion"). Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-titled matter is dismissed with prejudice, each party to bear their own attorney fees and costs.

1

DATED the \_\_\_\_ day of _____, 2019.

BY THE COURT

_____
United States Judge Clark Waddoups

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that on the 3rd day of November, 2019, I caused a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS to be filed with the Court electronically via CM/ECF which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

    /s/ Matthew B. Crane