## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>Plaintiff,<br>vs.<br><br>SHERGILL INVESTMENTS, LLC, A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:18-CV-501-CW-EJF<br><br>Judge Clark Waddoups |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss jointly filed by the parties on January 3, 2019 (the "Motion"). Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-titled matter is dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED the 3rd day of January, 2019.

BY THE COURT

_____
Clark Waddoups
United States Judge